

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00072-CV

_____

ROBERT WARD, Appellant

V.

MARY WARD, Appellee

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-673791-19

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On March 25 and April 7, 2020, we notified Appellant that we would dismiss this appeal unless he paid the required filing fee. *See* Tex. R. App. P. 5, 12.1(b), 42.3, 44.3. Appellant has not done so. Because Appellant has not complied with a requirement of the appellate rules or with notices from the clerk of this court, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: April 30, 2020